BEFORE THE SECOND DIVISION, JANUARY 28, 1944

**No. 49175.**—Protest 98780–K of Spiegel Bros. Corp. (New York).

Opinion by LAWRENCE, J.   It was conclusively established that the horns in question are similar to the bicycle horns involved in *Spiegel Bros. Corp.* v. *United States* (9 Cust. Ct. 194, C. D. 692).   The claim at 30 percent under paragraph 371 was therefore sustained.